# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3156
_____

Olajuwon Smith

*Plaintiff - Appellant*

v.

Charles Liggett, also known as Leggitt; Dream Young,
Health Care Administrator, CCS; Correct Care Solutions Company; Adam Clark,
Lieutenant, Ouachita River Correctional Unit, ADC, also known as Sgt. Clark

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: June 1, 2022
Filed: June 6, 2022
[Unpublished]
_____

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Olajuwon Smith appeals following adverse grant of summary judgment on his 42 U.S.C. § 1983 claim against Dr. Charles Liggett. After careful

de novo review of the record, we conclude the district court[1] properly granted such summary judgment.[2]  *See Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (standard of review); *Schaub v. VonWald*, 638 F.3d 905, 914 (8th Cir. 2011) (stating Eighth Amendment claim for deprivation of medical care requires showing the inmate suffered from an objectively serious medical need and the prison official knew of need yet deliberately disregarded it); *Gibson v. Weber*, 433 F.3d 642, 646 (8th Cir. 2006) (requiring inmate's production of medical evidence establishing delay had detrimental effect to avoid summary judgment on claim the delay in treatment was a constitutional deprivation).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting in part the report and recommendation of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.

[2]The district court also granted summary judgment to Adam Clark in the same order.  Smith has not made any meaningful argument challenging that portion of the district court's order.  *See Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004) (deeming waived a claim not raised or meaningfully argued in opening brief).